**In the Interest of G.D.C., Plaintiff.**

**B.C., (Natural Mother), Appellant,**

**M.C. (Natural Father), Defendant,**

v.

**Juvenile Officer, Respondent;**

**Missouri Children's Division, Respondent.**

**No. WD 66009.**

Missouri Court of Appeals, Western District.

Oct. 3, 2006.

Appellant B.C., acting pro se.

Melissa McAllister, Columbia, MO, for respondent Juvenile Officer.

Gary Lee Gardner, Asst. Attorney General, Columbia, MO, for respondent Children's Division.

Before JAMES M. SMART, JR., P.J., EDWIN H. SMITH, and LISA WHITE HARDWICK, JJ.

*Order*

PER CURIAM.

B.C. appeals the trial court's judgment terminating her parental rights to her son, G.D.C., on the grounds of abuse and neglect, failure to rectify harmful conditions, and parental unfitness, pursuant to section 211.447.4, RSMo. Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).